**EXHIBIT A**

Received by Ap   Received by Joint & Spine Rehab                    page 1
4/13/2016  14:19  Impact Network   From: Impact Network                            0 1/1



## *Elite* Mobile Research Program

### Complimentary iPhone or iPad & $100 Per Month

### Or $150 if you use your personal iPhone or iPad

Unique Invitation Code: **HOLM8165**

Nearly 4,000 top physicians cashed an honorarium check this month in exchange for their thoughts, opinions and expertise on treatment options. Join them today!

Limited spots are available in the Impact Network Elite research program. Our exclusive community of physicians provides deep insight into available treatment options.

> Enter the URL below to watch a short YouTube video about our program and incentives!
>
> http://bit.ly/1T3QmY5

### How to Join

1. Go to http://www.myimpactnetwork.com.
2. Enter your invitation code: **HOLM8165**.
3. Click Learn More under Impact Network Elite
4. Review study information. Click *Join Impact Network Elite* to register.

### Contact us

Feel free to contact us at 866-467-2287 or support@myimpactnetwork.com.