# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLOS M. BOILEVE, D.C., individually and as the representative of a class of similarly-situated persons, ) ) ) ) | |
| Plaintiff, ) | Civil Action No. 1:20-cv-00758 |
| ) v. ) ) | |
| IQVIA INC., a Delaware corporation, ) ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, CARLOS M. BOILEVE, D.C., through his undersigned attorneys, hereby dismisses this action without prejudice.

Respectfully submitted,

/s/ Ross M. Good
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500 / Fax: 847-368-1501
rgood@andersonwanca.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 13, 2020, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                         /s/ Ross M. Good